| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | **FILED** Sep 29 2023 Mark B. Busby CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO | 20CR03589-001-AJB |
| | | DOCKET NUMBER *(Rec. Court)* 3:23-cr-00331 JSC |

| NAME AND ADDRESS OF  Yesenia GARCIA-Cardenas | DISTRICT  Southern California | DIVISION  San Diego |
|---|---|---|
| | NAME OF SENTENCING JUDGE  Anthony J. Battaglia  U.S. District Judge | |
| | DATES OF  Supervised Release | FROM  7/3/2023 | TO  7/2/2026 |

**OFFENSE**

21 U.S.C. § 841(a)(1) Possession of Methamphetamine with Intent to Distribute, a Class A felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9-26-23  
Date

Anthony J. Battaglia  
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named be accepted and assumed by this Court from and after the entry of this order.

September 29, 2023  
Effective Date

United States District Judge

eh